### Frederick R. Lee vs. George C. Tompkins et al.

Where defendants, during two years succeeding the confession of judgment, repeatedly promised plaintiff to pay it, and after two years fi. fa. was first issued, a motion by defendants to set it aside for that reason was denied.

*Motion by defendants to set aside the fieri facias issued in this cause.*— Defendants showed that fi. fa. was issued more than two years after judgment entered, and no sci. fa. was issued, and was the only fi. fa. ever issued. The plaintiff replied, by showing that defendants volunteered a confession of judgment in this cause, and at the same time requested no further proceedings to be taken by plaintiff; during the two years succeeding the entry of judgment the defendants continually promised to pay plaintiff's claim. Plaintiff's counsel argued that as the suit was an amicable one, and a stay of execution was requested, and as defendants continually promised to pay plaintiff, there was no *surprise* on defendants, and the reason for issuing a scieri facias did not apply. *Vide* 19 *J. R.*, 173.

John E. Develin, *Defts Counsel.*                John E. Develin, *Defts Atty.*
I. F. Cowdrey, *Plffs Counsel.*                I. F. Cowdrey, *Plffs Atty.*

*Decision.*—Motion denied, but without costs.